

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00034-CV

IN RE MICHAEL COLEMAN                                                    RELATORS
MORGAN, BOYCE GALVANIZING,
LLC, AND BIG SPRING HOLDINGS,
LLC

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: WALKER, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED: January 31, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).